**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*In re*: Leslie Mark Stovall,
Attorney at Law, Nevada Bar No. 2566

Case No. 2:26-ms-37-APG

**ORDER OF DISBARMENT**

Attorney Leslie Mark Stovall, Nevada Bar No. 2566, was disbarred by the Supreme Court of Nevada on September 9, 2026. On September 14, 2026, I ordered Leslie Mark Stovall to show cause why this court should not impose reciprocal discipline and disbar him. ECF No. 1. The OSC provided Leslie Mark Stovall with 30 days to respond with reasons why he should not be disbarred. No response has been received. Failure to respond requires me to enter an order of disbarment. Local Rule IA 11-7(e)(2).

I THEREFORE ORDER that Leslie Mark Stovall, Nevada Bar No. 2566, is disbarred from practice in United States District Court for the District of Nevada.

DATED this 23rd day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 23rd day of October, 2026, I caused to be served a true and correct copy of the foregoing Order to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Leslie Mark Stovall
2301 Palomino Lane
Las Vegas, NV 89107

Certified Mail No.: 9589 0710 5270 1165 2467 36

/s/ P. Rich
Deputy Clerk
United States District Court,
District of Nevada